THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:11-cv-000135-FDW

| | |
|---|---|
| HAKISHA E. CRAWFORD, | ) |
| Plaintiff, | ) |
| vs. | ) ORDER |
| RICHARD L. TAYLOR, | ) |
| Defendant. | ) |

THIS MATTER is before the Court *sua sponte* concerning the status of this case. On April 24, 2012, the Court granted leave for Plaintiff, who appears pro se in this matter, to amend her complaint to identify the appropriate party being sued. (Doc. No. 10). Plaintiff subsequently filed an Amended Complaint (Doc. No. 11) identifying as parties to her discrimination lawsuit both Richard L. Taylor, who had been previously served by the U.S. Marshal since Plaintiff appears *pro se* (Docs. Nos. 6, 8), and "First Choice Staffing dba My Brother's House." It does not appear that First Choice Staffing dba My Brother's House has been served with the Amended Complaint. Accordingly, Plaintiff is hereby ordered to prepare and provide a summons to the Clerk's office within seven (7) days of this order. **Failure to abide by this deadline could result in dismissal of the Amended Complaint.** The Court further orders that the Clerk shall issue process and deliver same to the U.S. Marshal. The U.S. Marshal shall serve process upon the Defendant First Choice Staffing dba My Brother's House.

The Court has also reviewed the Amended Complaint and finds the allegations against Richard L. Taylor in his individual capacity to be inappropriate. It is well-settled that Title VII does not permit individual liability. See Lane v. Lucent Technologies, Inc., 388 F.Supp 2d 590, 594

(M.D.N.C. 2005) (collecting cases). Therefore, the Court *sua sponte* dismisses the claims against Richard L. Taylor.

Finally, the Court *sua sponte* continues trial in this matter from the September 10, 2012, trial setting to the March 11, 2013, trial setting.

IT IS SO ORDERED.

Signed: August 27, 2012

Frank D. Whitney
United States District Judge